■ In the Matter of JENNIFER HINSON, by Her Mother DEBRA HINSON, et al., Respondents, v BARBARA BLUM, as Acting Commissioner of the New York State Department of Social Services, Appellant, and GLADYS BURLEIGH, as Commissioner of the Orange County Department of Social Services,

Respondent.—Judgment of the Supreme Court, Orange County, dated June 12, 1978, affirmed, without costs or disbursements, on the opinion of Surrogate Green at Special Term. Rabin, J. P., Cohalan, Margett and Gibbons, JJ., concur. [94 Misc 2d 601.]